# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Philip Michael Croak III,<br>aka Philip Michael Croak, aka Philip M Croak, aka<br>Philip Croak III, aka Philip Croak,<br>**Debtor 1**<br><br>Sarah Ann Croak,<br>aka Sarah Croak, aka Sarah A Croak, fka Sarah Smith,<br>fka Sarah Ann Smith,<br>**Debtor 2** | Chapter 7<br><br>Case No. 1:25–bk–02021–HWV |

Social Security No.:
    xxx–xx–7803    xxx–xx–6224

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

                **Leon P. Haller**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

        BY THE COURT
        By the Court,

        Henry W. Van Eck, Chief Bankruptcy Judge

        Dated: October 29, 2025

**fnldecac** (05/18)