United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 25-02021-HWV
Philip Michael Croak, III  Chapter 7
Sarah Ann Croak
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: admin     Page 1 of 4
Date Rcvd: Oct 29, 2025     Form ID: 318     Total Noticed: 66

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Philip Michael Croak, III, Sarah Ann Croak, 88 Zechman Dr, Selinsgrove, PA 17870-8737 |
| 5728001 | + | Allstate Prop Casualty Co, 3100 Sanders Road, Northbrook, IL 60062-7155 |
| 5728002 | | Bristol West Insurance Company, PO Box 258806, Oklahoma City, OK 73125-8806 |
| 5728015 | + | CNY Fertility, PO Box 5, Albany, NY 12201-0005 |
| 5728006 | | Capital One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5728016 | + | Collection Bureau of Hudson Valley, PO Box 846, Newburgh, NY 12551-0846 |
| 5728025 | | DMS Storage, 2025 US-522 A, Selinsgrove, PA 17870 |
| 5728026 | | Evangelical Community Hosp. Savings Prog, PO Box 173764, Denver, CO 80217-3764 |
| 5728027 | + | Evangelical Community Hospital, 1 Hospital Dr, Lewisburg, PA 17837-9318 |
| 5728028 | | Evangelical Medical Services Org, 1 Hospital Dr, Lewisburg, PA 17837-9350 |
| 5728031 | | Gregory J Babcock, Esq., 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 5728033 | | Jefferson Capital Systems, 200 145th Ave East, Sartell, MN 56377 |
| 5728044 | + | RWB Credit Services, PO Box 25934, overland park, KS 66225-5934 |
| 5728045 | + | Service Electric Cablevision, 4949 Liberty Lane, Suite 400, Allentown, PA 18106-9041 |
| 5728051 | + | Tri State Financial, Inc., PO Box 2510, Wilkes Barre, PA 18703-0017 |
| 5728054 | | UPMC Susquehanna, 700 High St, Williamsport, PA 17701-3100 |
| 5728055 | + | UPMC Susquehanna Williamsport, 700 High St, Williamsport, PA 17701-3100 |
| 5728057 | | US Attorney for the PA Middle District, William J. Nealon Federal Building, 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |
| 5728052 | + | University of Pittsburgh Physicians, 200 Lothrop Street, Pittsburgh, PA 15213-2582 |
| 5728062 | | Wellspan of Evangelical, 1 Hospital Drive, Lewisburg, PA 17847 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Oct 29 2025 22:36:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5727999 | + | Email/Text: mnapoletano@ars-llc.biz | Oct 29 2025 18:39:00 | Ability Recovery Services, PO Box 4031, Wyoming, PA 18644-0031 |
| 5728000 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 29 2025 18:41:58 | Affirm, Attn: Bankruptcy Notice, 30 Isabella St Ste 4, Pittsburgh, PA 15212-5862 |
| 5728003 | | Email/Text: Bankruptcy@BAMcollections.com | Oct 29 2025 18:39:00 | Bureau of Account Management, 3607 Rosemont Avenue, Suite 502, PO Box 8875, Camp Hill, PA 17001-8875 |
| 5728005 | + | EDI: CAPONEAUTO.COM | Oct 29 2025 22:36:00 | CAPITAL ONE AUTO FINANCE, PO BOX 259407, Plano, TX 75025-9407 |
| 5728022 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Oct 29 2025 18:39:00 | Credit Corp Solutions Inc, 180 W Election Rd Ste 200, Draper, UT 84020-6406 |
| 5728004 | | EDI: CAPITALONE.COM | Oct 29 2025 22:36:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |

| Recipient ID | | Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 5735464 | + | EDI: AISACG.COM | Oct 29 2025 22:36:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5728007 | | EDI: CAPITALONE.COM | Oct 29 2025 22:36:00 | Capital One Bank, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 5728008 | + | EDI: CAPITALONE.COM | Oct 29 2025 22:36:00 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5728009 | ^ | MEBN | Oct 29 2025 18:36:21 | Capital One N.A., 320 E Big Beaver Rd, Troy, MI 48083-1238 |
| 5728010 | | EDI: CAPITALONE.COM | Oct 29 2025 22:36:00 | Capital One/Kohls, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5728011 | | EDI: PRA.COM | Oct 29 2025 22:36:00 | Carrie Gerding, Esq., 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 5728012 | | Email/Text: bzern@celticbank.com | Oct 29 2025 18:39:00 | Celtic Bank, 268 S State St Ste 300, Salt Lake City, UT 84111-5314 |
| 5728013 | + | Email/Text: omx-bnc-bk-notices@chime.com | Oct 29 2025 18:39:00 | Chime, 101 California St, San Francisco, CA 94111-3580 |
| 5728014 | ^ | MEBN | Oct 29 2025 18:36:14 | Chime Financial/Stride Bank, PO Box 3448, Enid, OK 73702-3448 |
| 5728017 | | EDI: WFNNB.COM | Oct 29 2025 22:36:00 | Comenity Bank, PO Box 659704, San Antonio, TX 78265-9704 |
| 5728018 | | Email/Text: dylan.succa@commercialacceptance.net | Oct 29 2025 18:39:00 | Commercial Acceptance Company, 2300 Gettysburg Rd Ste 102, Camp Hill, PA 17011-7303 |
| 5728020 | | EDI: CCS.COM | Oct 29 2025 22:36:00 | Credit Collection Services, PO Box 607, Norwood, MA 02062-0607 |
| 5728021 | | EDI: CCS.COM | Oct 29 2025 22:36:00 | Credit Collections Services, 725 Canton St, Norwood, MA 02062-2679 |
| 5728023 | | Email/Text: bdsupport@creditmanagementcompany.com | Oct 29 2025 18:39:00 | Credit Management Company, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 5728024 | | EDI: MAXMSAIDV | Oct 29 2025 22:36:00 | Dept of Ed/Aidvantage, 1891 Metro Center Dr, Reston, VA 20190-5287 |
| 5728029 | + | Email/Text: data_processing@fin-rec.com | Oct 29 2025 18:39:00 | Financial Recovery Services, Inc., PO Box 21405, Saint Paul, MN 55121-0405 |
| 5728030 | ^ | MEBN | Oct 29 2025 18:36:17 | Geisinger, 100 N Academy Ave, Danville, PA 17822-0001 |
| 5728032 | | Email/Text: reports@halstedfinancial.com | Oct 29 2025 18:39:00 | Halsted Financial Services, LLC, PO Box 828, Skokie, IL 60076-0828 |
| 5728034 | + | EDI: JPMORGANCHASE | Oct 29 2025 22:36:00 | JPMorgan Chase Bank, PO Box 15369, Wilmington, DE 19850-5369 |
| 5728035 | | Email/Text: bk@lendmarkfinancial.com | Oct 29 2025 18:39:00 | Lendmark Financial Services, 2118 Usher St, Covington, GA 30014 |
| 5728038 | | Email/Text: camanagement@mtb.com | Oct 29 2025 18:39:00 | M&T Bank, PO Box 900, Millsboro, DE 19966-0900 |
| 5728037 | | Email/Text: EBN@Mohela.com | Oct 29 2025 18:39:00 | Mohela/Dept of Education, 633 Spirit Dr, Chesterfield, MO 63005 |
| 5728036 | | Email/Text: bankruptcydpt@mcmcg.com | Oct 29 2025 18:39:00 | Midland Credit Management Inc, 320 E Big Beaver Rd Ste 300, Troy, MI 48083-1271 |
| 5728040 | | EDI: PRA.COM | Oct 29 2025 22:36:00 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 5728041 | ^ | MEBN | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Oct 29 2025 18:36:19 | PPL Electric Customer Services, 827 Hausman Rd, Allentown, PA 18104-9392 |
| 5728039 | | EDI: SYNC | Oct 29 2025 22:36:00 | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 5728042 | + | Email/Text: ngisupport@radiusgs.com | Oct 29 2025 18:39:00 | Radius Global Solutions, PO Box 390846, Minneapolis, MN 55439-0846 |
| 5728043 | ^ | MEBN | Oct 29 2025 18:36:13 | Revco Solutions, PO Box 163279, Columbus, OH 43216-3279 |
| 5728047 | | Email/Text: amieg@stcol.com | Oct 29 2025 18:39:00 | State Collection Service, Inc., 2509 S Stoughton Rd, Madison, WI 53716-0250 |
| 5728046 | | EDI: AISTMBL.COM | Oct 29 2025 22:36:00 | Sprint Wireless, PO Box 629023, El Dorado Hills, CA 95762-9023 |
| 5728048 | | EDI: SYNC | Oct 29 2025 22:36:00 | Synchrony Bank, PO Box 960006, Orlando, FL 32896-0006 |
| 5728049 | + | EDI: WTRRNBANK.COM | Oct 29 2025 22:36:00 | TD Bank USA/Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |
| 5728050 | | Email/Text: jcissell@bankofmissouri.com | Oct 29 2025 18:39:00 | The Bank Of Missouri, 216 W 2nd St, Dixon, MO 65459-8048 |
| 5728053 | | Email/Text: BankruptcyNotice@upmc.edu | Oct 29 2025 18:39:00 | UPMC Community Medicine, 200 Lothrop St, Pittsburgh, PA 15213-2536 |
| 5728058 | | Email/Text: edbknotices@ecmc.org | Oct 29 2025 18:39:00 | US Department of Education, 400 Maryland Ave SW, Washington, DC 20202-0001 |
| 5728056 | | Email/Text: UpStart@ebn.phinsolutions.com | Oct 29 2025 18:39:00 | Upstart Network Inc., PO Box 1503, San Carlos, CA 94070-7503 |
| 5728059 | | Email/Text: bnc_4301@velocityrecoveries.com | Oct 29 2025 18:39:00 | Velocity Investments, LLC, 1800 State Route 34, Building 3, Suite 305, Wall Township, NJ 07719-9168 |
| 5728060 | ^ | MEBN | Oct 29 2025 18:36:20 | Venmo, 117 Barrow Street, New York, NY 10014-2826 |
| 5728061 | + | EDI: VERIZONCOMB.COM | Oct 29 2025 22:36:00 | Verizon Wireless, 500 Technology Drive, Saint Charles, MO 63304-2225 |

TOTAL: 46

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5728019 | * | Commercial Acceptance Company, 2300 Gettysburg Rd, Suite 102, Camp Hill, PA 17011-7303 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 31, 2025      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 2 Sarah Ann Croak usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Carlo Sabatini | on behalf of Debtor 1 Philip Michael Croak III usbkct@bankruptcypa.com, kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Leon P. Haller | lhaller@pkh.com lrynard@pkh.com;lhaller@ecf.axosfs.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Philip Michael Croak III <br> First Name  Middle Name  Last Name | Social Security number or ITIN xxx–xx–7803 <br> EIN __–_____ |
| Debtor 2 <br> (Spouse, if filing) | Sarah Ann Croak <br> First Name  Middle Name  Last Name | Social Security number or ITIN xxx–xx–6224 <br> EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:25–bk–02021–HWV | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Philip Michael Croak III
aka Philip Michael Croak, aka Philip M Croak,
aka Philip Croak III, aka Philip Croak

Sarah Ann Croak
aka Sarah Croak, aka Sarah A Croak, fka Sarah Smith, fka Sarah Ann Smith

10/29/25

**By the court:** *[signature]*

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

For more information, see page 2 >

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2